■ CARBORUNDUM ENVIRONMENTAL SYSTEMS CANADA, LTD., Respondent, v NITEC PAPER CORPORATION et al., Appellants. (Action No. 1.) NITEC PAPER CORPORATION, Appellant, v CARBORUNDUM COMPANY, Respondent. (Appeal No. 1.)—Order unanimously reversed, with costs, and matter remitted to Erie County Supreme Court, for further proceedings in accordance with the following memorandum: This motion, which constitutes a renewal of a motion previously made and denied by Justice Alfred M. Kramer while sitting in Erie County Supreme Court, should have been transferred to Justice Kramer pursuant to CPLR 2221 (*Riggle v Buffalo Gen. Hosp.,* 52 AD2d 751; *Collins, Inc. v Olsker-McLain Inds.,* 22 AD2d 485). (Appeal from order of Niagara Supreme Court—consolidate, venue.) Present—Dillon, P. J., Cardamone, Schnepp, Doerr and Witmer, JJ.